IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| EVANSTON INSURANCE COMPANY, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | 1:21-CV-874 |
| CAROLINA FOREST PRODUCTS, | ) | |
| INC., NAUTILUS INSURANCE | ) | |
| COMPANY, and KEAVE W. BAYES | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER OF DISMISSAL AND JUDGMENT

This matter came on to be heard on Plaintiff's Motion to Dismiss All Defendants, a settlement having been made. It is **ORDERED** that the motion, Doc. 11, is **GRANTED** and all claims against all defendants are **DISMISSED WITH PREJUDICE**. Each party will bear its own costs. The Court retains jurisdiction to enforce the settlement upon motion to reopen the case.

**SO ORDERED**, this 29th day of April, 2022

_____
UNITED STATES DISTRICT JUDGE